```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE ARONE,

                      Plaintiff,

  -against-

SAMEDAY TECHNOLOGIES INC. d/b/a SAMEDAY HEALTH, INC. (F/K/A PRAESIDIUM DIAGNOSTICS INC. D/B/A SAMEDAY TESTING), MAERLY PAYROLL PROCESSING LLC, MAERLY LLC, and MARIA STAUDENBAUR, Individually,

                      Defendants.

7:24-cv-1078  (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

      The Court having been advised that all claims asserted herein have been settled (*see* ECF No. 48), it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated on or before October 14, 2024. The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 60 days with a request that the agreement be "so ordered" by the Court.

Dated:   August 15, 2024
           White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge